v. James C. Davis, Director-General of Railroads, etc., New York Central Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of The Manlius School for a Writ of Certiorari to Irving C. Adams and Others, Assessors of the Town of Manlius, County of Onondaga, and State of New York. (Proceeding No. 1.) — Order affirmed, with costs. All concur, except Thompson, J., who dissents and votes for reversal on the facts. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of The Manlius School for a Writ of Certiorari to Irving C. Adams and Others, Assessors of the Town of Manlius, County of Onondaga, and State of New York. (Proceeding No. 2.) — Order affirmed, without costs of this appeal to either party. All concur, except Thompson, J., who dissents and votes for reversal on the facts. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of The Manlius School for a Writ of Certiorari to Irving C. Adams and Others, Assessors of the Town of Manlius, County of . Onondaga, and State of New York. (Proceeding No. 3.) — Order affirmed, without costs of this appeal to either party. All concur, except Thompson, J., who dissents and votes for reversal on the facts. Present — Sears, P. J., Taylor Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of The Manlius School for a Writ of Certiorari to Irving C. Adams and Others, Assessors of the Town of Manlius, County of Onondaga, and State of New York. (Proceeding No. 4.) — Order affirmed, without costs of this appeal to either party. All concur, except Thompson, J., who dissents and votes for reversal on the facts. Present — Sears, P. J., Taylor Edgcomb, Thompson and Crosby, JJ.

Frank Gallagher, Respondent, v. Town of Greece, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

Lydia Gallagher, Respondent, v. Town of Greece, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

Jennie A. Shippey, Appellant, v. Henry Bushman, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

John Queirolo, Appellant, v. New York Central Railroad Company, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Samuel C. Diamond, Respondent, v. Saul S. Lipsy and Nathan Aronzon, Appellants.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Helen Urban, Appellant, v. Rochester General Hospital and Another, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Judicial Settlement of the Accounts of Julius Zielke, as Administrator, etc., of Bertha Zielke, Deceased.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.